IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID ERLINGER and
AMANDA ERLINGER,

Plaintiffs,

v.

ELAINE KOMADA, Public
Administrator, as Special
Representative of Lawrence
E. Baunsgard, deceased, and
WDS ENTERPRISES, INC.,

Defendants.                                                    No. 11-0910-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the record indicates that defendant WDS Enterprises, Inc. has not filed its Rule 7.1 disclosure. Thus, the Court **DIRECTS** WDS Enterrpises, Inc. to file the required disclosure on or before December 2, 2011.

**IT IS SO ORDERED.**

Signed this 18th day of November, 2011.

Digitally signed by
David R. Herndon
Date: 2011.11.18
09:13:58 -06'00'

**Chief Judge
United States District Court**