IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID ERLINGER and AMANDA ERLINGER,

Plaintiffs,

v.

ELAINE KOMADA,
et al.,

Defendants.                                             No. 11-0910-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the parties' joint motion for dismissal with prejudice (Doc. 33). The Court **GRANTS** the motion and **DISMISSES with prejudice** this cause of action with each party to bear their own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 1st day of February, 2013.

Digitally signed by David R. Herndon
Date: 2013.02.01 10:54:33 -06'00'

**Chief Judge**
**United States District Court**