UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**DAVID ERLINGER** and
**AMANDA ERLINGER,**

    **Plaintiffs,**

v.

**ELAINE KOMADA,** *Public Administrator,*
*As Special Representative of Lawrence E.*
*Baunsgard, deceased* **and**
**WDS ENTERPRISES, INC.,**

    **Defendants.**                  No. 11-cv-910-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing case entered on February 1, 2013, this case is **DISMISSED** with prejudice.

                                   NANCY J. ROSENSTENGEL,
                                   **CLERK OF COURT**

                                   BY:    /s/*Sara Jennings*
                                                 **Deputy Clerk**

Dated: February 1, 2013

Digitally signed by
David R. Herndon
Date: 2013.02.01
10:56:33 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT